STATE ex rel. James E. RINEY et al., Relators,

v.

Roger M. RIEBEL, County Clerk of Scotland County, Missouri, Respondent.

No. 59271.

Supreme Court of Missouri, En Banc.

April 14, 1976.

John C. Danforth, Atty. Gen. by Clarence Thomas, Jefferson City, for relators.

William O. Green, Scotland County Pros. Atty., Memphis, for respondent.

PER CURIAM:

For the reasons stated in *State ex rel. James E. Riney, Don G. Williams and Rob-*

ert F. Love, constituting the *State Tax Commission of Missouri, v. Mayo J. Anderson, County Clerk of Caldwell County, Missouri,* 536 S.W.2d 161 (Mo.) (No. 59274), handed down this date, the alternative writ of mandamus issued herein is made peremptory.

All concur.